**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| PATRICK TRAYLOR and YISBEL | ) | |
| DELEON-TRAYLOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV424-080 |
| | ) | |
| TALLERES DAUMAR S.L., | ) | |
| DAUMAR GROUP, and DAUMAR | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Plaintiffs and Defendant Daumar Corporation participated in a Rule 26(f) Conference on June 14, 2024. *See* doc. 18 at 1. Defendants Talleres Daumar S.L. and Daumar Group,[1] who have not appeared in this case, did not attend the conference. *See id.*; *see generally* docket. Plaintiffs and Defendant Daumar Corporation anticipate that they will hold a second Rule 26(f) Conference with Defendant Talleres Daumar

---

[1] At the July 22, 2024 scheduling conference, *see* doc. 22 (Minute Entry), Plaintiffs and Defendant Daumar Corporation indicated that they were unsure if Defendant Daumar Group was a real entity. Plaintiffs stated that they have thus far been unsuccessful in serving Defendant Daumar Group.

S.L. and that a second Rule 26(f) Report based on that conference may be forthcoming.  Doc. 18 at 4.

At a July 22, 2024 scheduling conference, Plaintiffs and Defendant Daumar Corporation informed the Court that they did not believe they could meaningfully proceed with discovery without Defendant Talleres Daumer S.L.  *See* doc. 22 (Minute Entry).  Instead of issuing a Scheduling Order now only to amend it in the near future, the Court finds good cause to extend the parties' deadline to confer and file a Rule 26(f) Report pursuant to Rule 16(b)(2).  The parties are **DIRECTED** to hold a second Rule 26(f) Conference, with Defendant Talleres Daumer S.L. participating, within 30 days of Defendant Talleres Daumer S.L. filing its answer.  The parties are **DIRECTED** to file their joint Rule 26(f) Report within 14 days of the second Rule 26(f) Conference.  Accordingly, the Clerk is **DIRECTED** to **TERMINATE** the Rule 26(f) Report

submitted by Plaintiffs and Defendant Daumar Corporation as **MOOT**.

Doc. 18.

    **SO ORDERED**, this 23rd day of July, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3